UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re | Case No. 2:14–cv–14826–LPZ–DRG |
| Salvatore Cipriano, | Hon. Lawrence P. Zatkoff |
| | Magistrate Judge  David R. Grand |

### NOTICE OF RECEIPT OF BANKRUPTCY APPEAL

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 12/19/2014 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 14–48527.

The adversary proceeding number is 14–4957.

Dated:   December 19, 2014

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/V. Lung
Deputy Clerk